

# Fourth Court of Appeals
## San Antonio, Texas

November 15, 2021

No. 04-20-00146-CV

The Most Reverend Wm. Michael **MULVEY**, S.T.L., D.D. Bishop of Corpus Christi
Appellant/Cross -Appellee

v.

**Bay, LTD**.
Appellee/Cross-Appellant

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 12-09-51494-CV
Honorable Richard C. Terrell, Judge Presiding

# O R D E R

Appellant's Unopposed First Motion for Extension of Time to File Response to Appellee/Cross-Appellant's Motion for Rehearing and for Reconsideration En Banc is hereby GRANTED. The appellant's response is due on or before December 15, 2021.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of November, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court